**Order entered January 16, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01500-CR

**LATORIA MATTOX, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

### On Appeal from the 291st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F15-00710-U

## ORDER

After Latoria Mattox filed an untimely notice of appeal in 05-18-00219-CR, we dismissed the appeal for want of jurisdiction. She then filed an article 11.072 writ of habeas corpus asking for an out-of-time appeal. The trial court granted her relief, and she filed her notice of appeal in this appeal.

We **DIRECT** the Clerk of the Court to transfer the clerk's record from the appeal in cause no. 05-18-00219-CR into the above appeal. The reporter's record is due January 27, 2019.

We **DIRECT** the Clerk to send copies of this order to Dallas County District Clerk Felicia Pitre; court reporter Sasha Brooks; and to counsel for all parties.

/s/     LANA MYERS
JUSTICE